**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**HOLLOWAY, PU-BI K.**                                                                    **PLAINTIFF**

vs.                                    NO. 4:09CV00656 BSM

**DEPARTMENT OF JUSTICE**                                                        **DEFENDANT**

## JUDGMENT

For the reasons stated in the Order entered this date, plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this 7th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE